**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 239-9777
MICHAEL CARMODY　　　　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER　　　　　　　　　　　　　　　　　　　　　　　　　　DanielParker@aol.com

April 12, 2021

**By Email**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY

Re: **United States v. Steven Lewis**
10 Cr 392 (CS)

Dear Judge Seibel:

　　Enclosed please find a redacted copy of Dkt. No. 1246-15.  I respectfully request that this page be substituted for the previously filed page of the exhibit and that the prior page be removed from the public docket and filed under seal.

　　Thank you.

Respectfully,

Daniel S. Parker

Cc: all parties (by ECF)

The Clerk of Court is respectfully directed to strike Doc. 1246-15.
The Court will consider Doc. 1247-1 in its place.

SO ORDERED.

*Cathy Seibel*　　4/12/21
CATHY SEIBEL, U.S.D.J.

The Clerk of Court is respectfully directed to termintae Doc. 1247.